**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Todd Curtis Myers,                                          Civil No. 10cv3436 RHK/JJK

     Petitioner,

v.                                                                                      **ORDER**

Warden: Eddie Miles,

     Respondent.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated August 20, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**;

2. This action is **DISMISSED WITH PREJUDICE**; and

3. Petitioner will **NOT** be granted a Certificate of Appealability.

Dated: September 23, 2010

                                  s/ Richard H. Kyle_____
                                  RICHARD H. KYLE
                                  United States District Judge